UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GARY DEAN CHAVIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **JUDGMENT IN A 2255 ACTION** <br><br> Criminal Case No. 7:07-CR-58-1BR <br> Civil Case No. 7:16-CV-319-BR |

Decision by Court.

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for consideration of the petitioner's motion to vacate pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that petitioner's 28 U.S.C. § 2255 motion is GRANTED, and petitioner's conviction and sentence are VACATED.

This Judgment Filed and Entered on January 15, 2020 with service on:

Sherri R. Alspaugh (via CM/ECF Notice of Electronic Filing)

Dennis M. Duffy, Donald R. Pender (via CM/ECF Notice of Electronic Filing)

Date: January 15, 2020 /s/ Peter A. Moore, Jr.
Clerk of Court